UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROSANGELICA ALVAREZ and SHAHRAM SHAHANDEH, On behalf of themselves and all others similarly situated, ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) 5332, INC., HASSAM SALOUS, MOHAMMED SALOUS, WASEEM SALOUS, and BASSAM SALOUS, ) ) ) ) ) Defendants. ) | Case No. 22-CV-329 |

## ORDER APPROVING SETTLEMENT AGREEMENT FOR COLLECTIVE ACTION CLAIMS, APPROVING FORMS OF CLASS NOTICE TO CLASS MEMBERS AND NOTICE OF SETTLEMENT TO OPT-IN PLAINTIFFS

Plaintiffs Rosangelica Alvarez and Shahram Shahandeh have requested that the Court enter an order approving the settlement of this Litigation as stated in the Collective Action Settlement Agreement ("Settlement" or "Settlement Agreement"), which, together with the exhibits attached thereto, sets for the terms and conditions for a proposed settlement and dismissal of the Litigation. (Doc. 60). Defendants do not oppose approval of the Settlement.

After having read and considered the Settlement Agreement, the exhibits attached to it, and the briefing submitted in support of approval of the Settlement, the Court approves the Parties' Settlement as fair, reasonable and adequate and Orders as follows:

1. The Court finds that notice of the Settlement to the Class Members is justified because the Parties have shown that the settlement is fair, and the product of arms-length negotiations over a bona fide dispute, since the collective class was already certified during the course of the litigation.

2. The Court also finds that the Settlement Agreement provides adequate relief to the Class Members considering the costs, risks, and delay associated with trial and appeal as well as the effectiveness of the proposed distribution of settlement payments to Class Members.

3. The Settlement Agreement treats Class Members equitably relative to each other since settlement payments are based on an equitable formula taking into account the amount of time worked, the pay rate for each class member, and the claims asserted in the litigation.

4. Michael Hodgson, and Barry Grissom shall serve as Class Counsel and Plaintiff Alvarez shall serve as the Class Representative.

5. The Court approves, as to form and content, the Notices of Settlement as well as the issuance of checks with the Settlement Agreement. The Court finds that the distribution of the Class Notices: (1) meets the requirements of federal law and due process; (2) is the best notice practicable under the circumstances; and (3) shall constitute due and sufficient notice to all individuals entitled thereto.

6. Defendant shall issue checks containing individual settlement awards within ten (10) business days of this Order. Class Counsel shall then promptly deliver the checks to the claimants, together with the notice.

7. Immediately upon the entry of this Order, all Collective Class Members shall be and are enjoined pursuant to 28 U.S.C. § 1651(a) from initiating or

proceeding with any and all suits, actions, causes of action, claims, or demands in federal or state court based on putative violations of the Fair Labor Standards Act.

8. The Court retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

**IT IS SO ORDERED.**

Date: 02/06/2024
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge